# Exhibit 1

to

# Defendant's Motion to Dismiss

valuable improvements thereon, and that there are but few Indians on the lands set apart as aforesaid; that recent gold discoveries have attracted a large immigration thither, and the opinion of the press, together with other evidence, would indicate that it would be for the best interests and welfare of the Indians, as well as others, that the order of the President setting apart said lands for Indian purposes should be recinded.

In view of these facts, I would therefore respectfully recommend that the order of the President be revoked, and that the aforesaid reservations be again restored to the public domain.

Very respectfully, your obedient servant,

E. S. PARKER, *Commissioner.*

Hon. C. DELANO,
  *Secretary of the Interior.*

[First indorsement.]

DEPARTMENT OF THE INTERIOR,
*Office of Indian Affairs, February 15, 1871.*

Commissioner transmits papers in reference to San Pasqual and Pala Valley Reservations in southern California, and recommends that the order of the President setting apart the same be revoked and the lands restored to the public domain.

[Second indorsement.]

DEPARTMENT OF THE INTERIOR, *February 17, 1871.*

The within recommendation of the Commissioner of Indian Affairs is respectfully submitted to the President, with the request that the order of the Executive for the restoration to the public domain of the lands referred to be given.

C. DELANO,
*Secretary of the Interior.*

Approved February 17, 1871.

U. S. GRANT.

---

EXECUTIVE MANSION, *December 27, 1875.*

It is hereby ordered that the following-described lands in the county of San Diego, Cal., viz, San Bernardino base and meridian:

*Portrero.*—Including Rincon, Gapich, and La Joya, township 10 south, range 1 east, sections 16, 23, 25, 26, 30, 31, 32, 33, 34, 35, 36, and fractional sections 17, 18, 19, 20, 21, 22, 27, 28, and 29;

*Cahuila.*—Township 7 south, range 2 east, sections 25, 26, 27, 28, 33, 34, 35, and 36; township 7 south, range 3 east, sections 26, 27, 28, 29, 30, 31, 32, 33, 34, and 35; township 8 south, range 2 east, sections 1, 2, 3, and 4; township 8 south, range 3 east, sections 2, 3, 4, 5, and 6;

*Capitan Grande.*—Township 14 south, range 2 east, sections 25, 26, 27, 34, 35, and 36; township 14 south, range 3 east, sections 31 and 32; township 15 south, range 2 east, sections 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10; township 15 south, range 3 east, sections 5 and 6;

*Santa Ysabel.*—Including Mesa Grande, township 11 south, range 2 east, south half of section 21, northwest quarter, and east half of section 28, and sections 25, 26, and 27; township 11 south, range 3 east, sections 25, 26, 27, 28, 33, 34, 35, 36, and fractional sections 29, 30, and 32; township 12 south, range 2 east, sections 3, 10, 14, 15, and fractional section 13; township 12 south, range 3 east, sections 1, 2, 12, and fractional sections 3, 4, 10, 11, 13, and 14;

*Pala.*—Township 9 south, range 2 west, northeast quarter of section 33, and north half of the north half of 34;

*Agua Caliente.*—Township 10 south, range 3 east, southeast quarter of section 23, southwest quarter of 24, west half of 25, and east half of 26;
*Sycuan.*—Township 16 south, range 1 east, section 13;
*Inaja.*—Township 13 south, range 3 east, northeast quarter of section 35;
*Cosmit.*—Township 13 south, range 3 east, north half of northeast quarter of section 25, be, and the same are hereby, withdrawn from sale and set apart as reservations for the permanent use and occupancy of the Mission Indians in Lower California.

U. S. GRANT.

EXECUTIVE MANSION, *May 15, 1876.*

It is hereby ordered that the following-described lands in San Bernardino County, Cal., viz:
*Portrero.*—Township 2 south, range 1 east, section 36;
*Mission.*—Township 2 south, range 3 east, sections 12, 13, and 14;
*Agua Caliente.*—Township 4 south, range 4 east, section 14, and east half of southeast quarter and northeast quarter of section 22;
*Torros.*—Township 7 south, range 7 east, section 2;
*Village.*—Township 7 south, range 8 east, section 16;
*Cabezons.*—Township 7 south, range 9 east, section 6;
*Village.*—Township 5 south, range 8 east, section 19;
*Village.*—Township 5 south, range 7 east; section 24,
be, and the same hereby are, withdrawn from sale and set apart as reservations for the permanent use and occupancy of the Mission Indians in Southern California, in addition the selections noted and reserved under Executive order dated 27th December last.

U. S. GRANT.

EXECUTIVE MANSION, *May 3, 1877.*

It is hereby ordered that the following lands, situate in California, viz, township 10 south, range 1 east, sections 16 and 36, San Bernardino; township 7 south, range 2 east, section 36; township 14 south, range 2 east, section 36; township 11 south, range 3 east, section 36; township 9 south, range 2 west, north half of northeast quarter, section 33, being lands withdrawn from the public domain for the Mission Indians by President's order of December 27, 1875; also the following: township 2 south, range 1 east, section 36; township 7 south, range 8 east, section 16, being lands withdrawn by President's order of May 15, 1876, for the same purposes, be, and the same are hereby, restored to the public domain.

R. B. HAYES.

EXECUTIVE MANSION, *August 25, 1877.*

It is hereby ordered that the following lands in California, to wit, all the even-numbered sections and all the unsurveyed portions of township 2 south, range 1 east, township 2 south, range 2 east; township 3 south, range 1 east; and township 3 south, range 2 east, San Bernardino meridian, excepting sections 16 and 36, and excepting also all tract or tracts the title to which has passed out of the United States Government, be, and the same hereby are, withdrawn from sale and settlement, and set apart as a reservation for Indian purposes.

R. B. HAYES.