# Exhibit 2

to

# Defendant's Motion to Dismiss

34, and 35, in township numbered 8 south, of range numbered 2 west, of the San Bernardino meridian, be, and the same hereby are, withdrawn from sale and settlement, and set apart for Indian purposes: *Provided, however,* That any tract or tracts the title to which has passed out of the United States, or to which valid, legal rights have attached under existing laws of the United States providing for the disposition of the public domain, are hereby excluded from the reservation hereby created.

CHESTER A. ARTHUR.

EXECUTIVE MANSION, *July 24, 1882.*

It is hereby ordered that the Executive order dated December 27, 1875, setting aside certain described lands in the State of California, for the use and occupancy of the Mission Indians, be, and the same hereby is, canceled so far as relates to the northwest quarter of the northeast quarter and the northeast quarter of the northwest quarter of section 34, township 9 south, range 2 west of the San Bernardino meridian.

CHESTER A. ARTHUR.

EXECUTIVE MANSION, *February 5, 1883.*

It is hereby ordered that the following lands, situate in California, viz, the southeast quarter of the northeast quarter, the north half of the southeast quarter, and the southeast quarter of the southeast quarter of section 3, township 12 south, range 2 east of San Bernardino meridian, being lands withdrawn from the public domain for the Mission Indians by Executive order of December 27, 1875, be, and the same are hereby, restored to the public domain.

CHESTER A. ARTHUR.

EXECUTIVE MANSION, *June 19, 1883.*

It is hereby ordered that the following-described land, situate in the State of California, San Bernardino base and meridian, viz: Section 28, the northeast quarter of the northeast quarter, and lots 1, 2, 3, 4, and 5 of section 31; the north half, the southeast quarter, the northeast quarter of the southwest quarter, and lots 1 and 2 of section 32, and the north half of section 33, township 4 south, range 1 east; section 2; the south half of section 3, the fractional south half of section 4, the fractional north half of section 10, and the fractional northeast quarter of section 9, township 5 south, range 1 east; the east half of the southeast quarter of section 8, and the southwest quarter of the southwest quarter of section 9, township 12 south, range 2 east, and sections 10, 11, 14, 15, 22, 23, 28, and 33, township 14 south, range 2 east, be, and the same are hereby, withdrawn from sale and set apart for the permanent use and occupation of the Mission Indians in the State of California: *Provided,* That this withdrawal shall not affect any existing valid rights of any party.

CHESTER A. ARTHUR.

EXECUTIVE MANSION, *January 25, 1886.*

It is hereby ordered that the Executive order dated June 27, 1882, setting aside certain described lands in the State of California for Indian purposes be, and the same is hereby, canceled, so far as it relates to lot 2 in section 28, township 8 south, range 2 west of the San Bernardino meridian.

GROVER CLEVELAND.