# Exhibit 5

to

# Defendant's Motion to Dismiss

It is hereby ordered, under authority contained in the act of February 8, 1887 (24 Stat., 388–389), that the trust period on the allotments to Klamath River Indians on the Hoopa Valley Reservation, in California, which trust period expires during the calendar year 1920, be, and is hereby, extended for a period of ten years.

WOODROW WILSON.

THE WHITE HOUSE, *10 July, 1920.*

---

It is hereby ordered that the NE. ¼ of section 11, township 2 south, range 31 east M. D. M., containing 160 acres, in Mono County, California, be, and the same is hereby reserved for use of a small band of Paiute Indians living near Benton, California, as a cemetery and camping ground: *Provided,* That this order shall not affect any existing valid rights of any person or persons to the land described.

WOODROW WILSON.

THE WHITE HOUSE, *22 July, 1915.*

---

POTRERO AND RINCON.

It is hereby ordered, under authority contained in the act of March 2, 1917 (Public 369), that the period of trust on lands held in trust for the use and benefit of the Potrero (La Piche or La Jolla) and Rincon Bands or Villages of Indians in California, which trust expires during the calendar year 1917, be, and is hereby, extended for a period of ten years from the date of expiration thereof.

WOODROW WILSON.

THE WHITE HOUSE, *16 August, 1917.*

---

ROUND VALLEY.

It is hereby ordered, under authority contained in the act of February 8, 1887 (24 Stat., 388–389), that the trust period on the allotments to the Indians on the Round Valley Reservation, in California, which trust period expires during the calendar year 1920, be, and is hereby, extended for a period of three years.

WOODROW WILSON.

THE WHITE HOUSE, *5 Feb'y, 1920.*

---

MESA GRANDE.

It is hereby ordered that the following described tract of land in the State of California, be, and it is hereby temporarily withdrawn from settlement, entry, sale, or other disposition until March 5, 1927, for the use and benefit of the Indians of the Mesa Grande Indian Reservation, under the jurisdiction of the Mission Indian Agency in California, viz:

W ½ of the SW. ¼ of Sec. 11, T. 12 S., R. 2 E. of S. B. M. in California, containing 80 acres.

If legislation is not enacted prior to March 5, 1927, to withdraw this land permanently, and if no other direction is given regarding the disposition thereof, the land will on that date, become subject to disposal under any law then applicable thereto without further order. Provided that this temporary withdrawal shall not affect any existing legal right of any person to any of the land described herein.

CALVIN COOLIDGE

THE WHITE HOUSE, *August 27, 1925.*