# Exhibit 6

to

# Defendant's Motion to Dismiss

of any money in the Treasury not otherwise appropriated, said appropriation, or so much thereof as may be needed, to be used in purchasing the tract of land hereinbefore described.

Approved, May 10, 1926.

---

CHAP. 280.—An Act To provide for the reservation of certain land in California for the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation Numbered 1.

May 10, 1926.
[S. 2706.]
44 Stat., 496.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That there is hereby withdrawn from settlement, entry, or disposition under the laws of the United States and set apart and reserved for the occupancy and use of the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation Numbered 1, a tract of land in the State of California, particularly described as the west half of the southwest quarter of section 11, township 12 south, range 2 east of San Bernardino meridian, containing eighty acres, the same to be added to and become a part of said Indian reservation.

Mesa Grande Reservation Indians, Calif.
Lands set apart for.

Approved, May 10, 1926.

---

CHAP. 282.—An Act To provide for the condemnation of the lands of the Pueblo Indians in New Mexico for public purposes, and making the laws of the State of New Mexico applicable in such proceedings.

May 10, 1926.
[S. 3953.]
44 Stat., 498.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That lands of the Pueblo Indians of New Mexico, the Indian title to which has not been extinguished, may be condemned for any public purpose and for any purpose for which lands may be condemned under the laws of the State of New Mexico, and the money awarded as damages shall be paid to the superintendent or officer in charge for the benefit of the particular tribe, community, or pueblo holding title to same: *Provided, however,* That the Federal courts of said State of the district within which such lands are located shall have and retain jurisdiction of all proceedings for the condemnation of such lands, and shall conform, as near as may be, to the practice, pleadings, forms, and proceedings existing at the time in like causes in the courts of record of the said State of New Mexico: *Provided also,* That notice of each suit shall at time of filing be served upon the superintendent or other officer in charge of the particular pueblo where the land is situated.

Pueblo Indians, New Mexico.
Lands of, may be condemned for public use under State laws.

*Proviso.*
Jurisdiction of Federal district in condemnation proceedings.

Notice of suit to be served on superintendent, etc., of the pueblo.

Approved, May 10, 1926.

---

CHAP. 283.—Joint Resolution Authorizing expenditures from the Fort Peck 4 per centum fund for visits of tribal delegates to Washington.

May 10, 1926.
[S. J. Res. 60.]
44 Stat., 498.

*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the sum of $5,000 is hereby authorized to be appropriated out of the Fort Peck 4 per centum fund, created under the Act of May 30, 1908 (Thirty-fifth Statutes at Large, page 558), and held in trust by the United States, such sum to be available until expended, to enable the Secretary of the Interior to pay the necessary expenses incurred in connection with visits to Washington, District of Columbia, by delegations of the Assiniboine and Sioux Indians of the Fort Peck Indian Reservation, when duly elected and authorized by councils of said Indians and approved by the Secretary of the Interior, for the purpose of

Fort Peck Indians.
Expenses of visit of delegations from reservation Indians to Washington allowed from trust fund.
35 Stat., 563, vol. 3, 377.

Object of delegations.