# Exhibit 8

to

# Defendant's Motion to Dismiss



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS

Southern California Agency
5750 Division Street, Suite 201
Riverside, California 92506

IN REPLY REFER TO:

Real Prop. Mgmt.
TRR 8-2 Mesa Grande
TRR 8-2 Santa Ysabel

April 4, 1978

Mr. Jack Hamilton, Chairman
Mesa Grande Band of Mission Indians
Mesa Grande Star Route
Santa Ysabel, California 92070

Dear Mr. Hamilton:

Enclosed for your information is a copy of the Assistant Secretary's decision regarding the Mesa Grande - Santa Ysabel dispute concerning Santa Ysabel Tracts 1 and 2.

It would appear that should the Band desire to seek relief on the matter that it must do so in Federal District Court.

It is suggested that the Band adopt a resolution that the question be brought before the Federal District Court for a ruling and if any costs are involved as to general costs and attorney fees that such funds be granted by the Bureau of Indian Affairs.

A copy of this letter and enclosures are being furnished the Santa Ysabel Band of Mission Indians for their information with the suggestion that should the matter go to Federal District Court, that a resolution be adopted requesting funds for general costs and attorney fees if such is necessary.

Sincerely yours,

William H. Gianelli
Agency Realty Officer

Enclosure

BIA, Pacific Regional Office
FOIA Response