# Exhibit 9

to

# Defendant's Motion to Dismiss

UNITED STATES DEPARTMENT OF THE INTERIOR

Office of Hearings and Appeals

IN THE MATTER OF THE DISPUTE )
BETWEEN THE MESA GRANDE AND SANTA )
YSABEL BANDS OF MISSION INDIANS )
CONCERNING OWNERSHIP OF CERTAIN RES- )
ERVATION LANDS IN CALIFORNIA )

--oOo--

Held at

United States Courthouse

325 West F. Street

San Diego, California

October 21, 1974

--oOo--

COPY

VOLUME I OF ONE VOLUME

Pages 2 through 102

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000080

A P P E A R A N C E S:

For the Santa Ysabel Band:     JAMES E. PONCHETTI
                               General Delivery, Santa Ysabel
                               California  92070

For the California Legal
  Services:                    RONALD ALBU, Esq.
                               1860 South Escondido Blvd.
                               P. O. Box 1868
                               Escondido, California  92025

--oOo--

# INDEX

--oOo--

Thursday, October 21, 1974

| | Page |
|---|---|
| GIANELLI, WILLIAM H.<br>  Direct Examination by Mr. Albu | 3 |
| BEAN, LOWELL JOHN<br>  Direct Examination by Mr. Albu | 14 |
| GIANELLI, WILLIAM H.<br>  Redirect Examination by Mr. Albu | 79 |
| COURO, THEODORA<br>  Direct Examination by Mr. Albu | 84 |
| AGUILAR, JOHN<br>  Direct Examination by Mr. Albu | 89 |
| PONCHETTI, STEVE<br>  Individual Statement<br>  Cross-Examination by Mr. Albu | 92<br>98 |

--oOo--

## INDEX OF EXHIBITS

|   |   | Page |
|---|---|---|
| Exhibit 1, | Geological Quadrangle Map | 6 |
| Exhibit 2, | Letter dated October 27, 1972 | 84 |
| Exhibit 3, | Letter dated April 16, 1962 | 84 |
| Exhibit 4, | Mesa Grande Indian Reservation Map | 87 |

--oOo--

*Valley Reporters*
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 445-8139

MG0000083

San Diego, California

Thursday, October 21, 1974

10:50 a. m.

JUDGE HAMMETT: At this time, I am convening the hearing regarding the dispute between the Mesa Grande and Santa Ysabel Bands of Mission Indians concerning ownership of certain reservation land in California, specifically, San Ysabel tracts one and two.

My name is William E. Hammett. I am Administrative Law Judge with the Office of Hearing and Appeals, United States Department of Interior. This hearing is being conducted under the authorization by the Secretary of Interior and the direction of the Office of Hearing and Appeals.

At this time, I would like to call Dr. Lowell Bean as a witness. And, I would like to state at the outset, at the time --

MR. ALBU: Excuse me, Your Honor. I thought, that perhaps if we put Mr. Gianelli from the Bureau of Indian Affairs, he can inform the audience what is precisely involved here.

JUDGE HAMMETT: All right. Thank you, Mr. Albu.

Incidentally, before Mr. Gianelli is placed on the stand for testimony; it is my understanding that the San Ysabel Band is not represented by legal counsel. That does not preclude them from having the right to cross-examine any witness placed on the stand, and who gives testimony here.

*Valley Reporters*
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 445-6133

MG0000084

However, in order to keep decorum in the hearing room, I think that there should be a spokesman nominated to ask any questions that the band may want to ask.

Mr. James Ponchetti, since you are the spokesman for the band; would you care to represent the band insofar as asking questions of witnesses?

MR. PONCHETTI: Yes.

JUDGE HAMMETT: Let the record reflect Mr. Ponchetti has acknowledged that he would represent the band and cross-examination of witnesses.

All right. Mr. Gianelli would you come forward to make a statement for the record.

WILLIAM H. GIANELLI

having been duly sworn, testified as follows:

JUDGE HAMMETT: Would you like to examine the witness, Mr. Albu?

MR. ALBU: Fine, Your Honor.

DIRECT EXAMINATION

By Mr. Albu:

MR. ALBU: Q. Would you please state your full name and spell your last name for the record, and state your place of employment?

A. Yes. It's William H. Gianelli, G-i-a-n-e-l-l-i. I'm a Realty Officer, Southern California Agency, Bureau of Indian Affairs, Riverside, California.

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000085

Q. And, how long have you been in the position of Realtor Officer there, Mr. Gianelli?

A. Eight years.

Q. What are your responsibilities as a Realtor Officer?

A. My conduct is the keeping of the files and protection of titles of the Indian lands in Southern California.

Q. Are you familiar with the legal titles in the tracts of land in question here?

A. Yes, I am.

Q. All right. For the benefit of the audience here, would you briefly explain how maps are labeled as to township and range? For example, if we refer to a township and range, so they can understand how you locate it on the map?

A. Mostly the area that we are talking about is township 11 and 12 south, and range, I guess, mostly in range 2 and 3 east -- see if I can read this here. -- the townships are running this way; this is township 11 south running from this line going across here up. This is 12 south. (indicating).

JUDGE HAMMETT: When we say "this" it doesn't help our reporter very much so, you can identify, when you get through there.

THE WITNESS: I am identifying from the United States geological quadrangle map, entitled Ranchita Quadrangle, R-a-n-c-h-i-t-a. This is in four parts, the particular map is actually six parts.

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000086

```
1      Do you want me to label all these parts?
2      MR. ALBU:  I think that will be sufficient.  We will
3   introduce them as Exhibits.
4      JUDGE HAMMETT:  Go ahead.
5      MR. ALBU:  Q.  And, there would be a line dividing range
6   2 East and range 3, is that correct?
7   A.  Yes.
8   Q.  Could you show us the approximate location of that line?
9   A.  Okay.  This is separation (indicating).  So, the separation
10  easier for you, is that tract three is in two south, and one
11  and two are in three south.
12  Q.  That was my next point --
13  A.  Excuse me, 2 east, I meant, 2 east.  San Ysabel is in
14  range 3 east.  Tract 1 and 2 of San Ysabel are in range 2
15  east.
16  Q.  Okay.  The map is curled a little bit, but if you uncurl
17  it, there is also a small tract off to your left.  Going
18  clockwise starting from San Ysabel number 1, could you identify
19  the tracts?
20  A.  This is tract 1 (indicating), tract 2 (indicating).
21     JUDGE HAMMETT:  You're going to introduce this as an
22  Exhibit?
23     MR. ALBU:  Yes, as an Exhibit.
24     JUDGE HAMMETT:  Well, when he says "this", of course,
25  it doesn't mean too much to the reporter.
```

*Valley Reporters*
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 445-6139

MG0000087

MR. ALBU: Q. Let's go to Exhibit 1.

A. Starting with tract one of Mesa Grande, in township, actually township 12 south, range 2 east, consisting of 3,120 acres. That's tract one of the San Ysabel Indian Reservation. Then, clockwise, we hit the 120 acres, identified as the Mesa Grande Indian Reservation. It is in the same township and range.

Tract 2, of the San Ysabel Indian Reservation, in the same township and range as tract 1 and the Mesa Grande Reservation. Tract 2 is 3,120 acres. Tract 1, is 2,720 acres. Mesa Grande is a 120 acres.

Then, going clockwise again, we hit tract 3 of the San Ysabel Reservation; it consists of 9,686 acres.

Q. Okay. That should be sufficient.

Now, I would like to get into the legal history of how those came to be Indian Reservations.

JUDGE HAMMETT: Do you want to introduce that as an Exhibit, at this time?

MR. ALBU: Yes. We would like to have the map introduced as Exhibit 1 for the Mesa Grande Band.

JUDGE HAMMETT: It has previously been sufficiently identified. So, it will be barred for purposes of identification and received into the record of the hearing as Exhibit 1.

MR. ALBU: Q. Calling your attention to the Executive

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000088

Order of 1875, Mr. Gianelli, can you tell us how those three tracts, referred to on this map, as tracts 1, 2, and 3 were identified?

A. They are identified as the San Ysabel Indian Reservation.

Q. And, reading from the Executive Order, what are the next words after the San Ysabel?

A. Could you give me just one moment, please?

Q. Sure.

JUDGE HAMMETT: You are going to identify the Executive Order?

MR. ALBU: Yes. I can introduce a copy in the record, or we can do it as we agreed upon, and we can introduce all the documents at a later time.

JUDGE HAMMETT: Well, I think, if he's going to read from it; we should at least identify the date.

MR. ALBU: Right. This would be the 1875 Executive Order of President U.S. Grant.

THE WITNESS: Forgive me I did bring the patent rather than the --

MR. ALBU: Q. Okay. You can use my copy.

A. Yes. This is, in fact, a copy of the Executive Order, and it does read San Ysabel, including Mesa Grande.

Q. All right. So, there is some evidence that in 1875, it was intended that there would be two bands of Indians living on those three tracts of land; is that correct?

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES
555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 445-6139

MG0000089

A. I'm afraid, I don't know how to interpret this.

Q. Okay. Do you know if the 120 acre reservation, the description, is anywhere mentioned in this Executive Order?

A. Unless I'm reading it too fast, I don't seem to catch it here.

Q. Okay. Thank you. Next, Mr. Gianelli, I would like to call your attention to the 1883 Executive Order of President Chester-A. Arthur. Does the legal description in that Executive Order describe the 120 acres?

A. Yes, it does appear. Yes.

Q. Okay. So, then, what is now the Mesa Grande Indian Reservation was first set aside in Executive Order in 1883; is that correct?

A. It would appear so, yes.

Q. Okay. Again, Congress had reason to act regarding the Santa Ysabel Reservation Number 3 Reservation in 1920, in which some land was purchased for the San Ysabel Number 3. Are you familiar with that act of Congress?

A. Yes, the 510 acres you are speaking of.

Q. Do you have the precise language of Legislature which authorized that purchase?

A. 510 acres; I do have the wording.

Q. We are talking about 510 acres?

A. Yes, we are. -- no, I'm sorry, we're talking about a cemetery. Yes, that's 10 acres.

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000090

1  Q. Let me give you my copy. Would you, please, read for
2  the record the contents of that act?
3  A. Yes. "For purchase of a certain 10 acre tract of land
4  in San Diego, California, on which is situated an old Indian
5  cemetery used by the Indians on Volcan Indian Reservation,
6  and needed for the present and future use, $600."
7  Q. And, what would you consider to be the Volcan Indian
8  Reservation?
9  A. I'm afraid that is more historical than title. I'm afraid
10 that I couldn't give you an adequate answer on this.
11 Q. So, then, from this Legislation, you don't know where
12 Congress intended that title, the title for that land to go;
13 is that correct?
14 A. I suppose on the basis of reading just these they were --
15 Q. Do you know, in fact, what band of Indians received title
16 to that 10 acres?
17 A. It was conveyed to the United States of America.
18 Q. In trust?
19 A. Yes. It would be of that case.
20 Q. In trust for what band of Indians?
21 A. There is no band of Indians named on the document.
22 Q. Does the United States hold that land in trust or in fee,
23 Mr. Gianelli?
24 A. They hold it in trust tax -- they hold it in tax exempt
25 tax.

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES
555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6138

*Valley Reporters*
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES
555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6138

MG0000091

Q. Who do they hold that for?

A. We consider it on our record as part of the Santa Ysabel Indian Reservation.

Q. What bands do you consider to be the legal owners or equitable owners of that land?

A. The Santa Ysabel band of Mission Indians.

Q. The Santa Ysabel band. Okay. Thank you. In 1925, by Executive Order, 80 acres was set aside as an addition to tract number 1. Let me give you a copy of that Executive Order. From that Executive Order can you indicate what band of Indians was intended to receive that 80 acre tract of land?

A. "It is hereby ordered that the following described land be withdrawn for the use and benefit of the Indians of the Mesa Grande Indian Reservation under jurisdiction of the Mission Indian Agency in California."

Q. Okay. Can you point on the map where that 80 acres is located?

A. (Indicating)

Q. Let the record show that Mr. Gianelli is pointing to an addition to tract 1 of the Santa Ysabel Indian Reservation. Thank you, Mr. Gianelli.

Pursuant to that Executive Order, Congress passed some Legislation which, in fact, made the 80 acre tract a legal part of the Reservation. Could I also have you read from that document?

*Valley Reporters*
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES

555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000092

JUDGE HAMMETT: Your referring now to the 1925 Executive Order?

MR. ALBU: I am referring to the legislation in 1926.

JUDGE HAMMETT: Is it from the results of the 1925 Executive Order you made reference to?

MR. ALBU: Well, let me explain for the record, that the process here is that the President withdraws land from entry; it keeps non-Indians out of the land by Executive Order, but Congress must pass legislation which authorizes that land to be held in the name of the United States for the Indians. The legislation that I am referring to, would be the act of May 10, 1926.

MR. ALBU: Q. Would you indicate when Congress authorized this addition to tract 1, the language in which it was added to a reservation, which Indians were to receive this land?
A. "The chose (phonetic) use for reference to title, for the use of the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation Number 1."
Q. So, in this case, we have the Congress saying that Santa Ysabel Number 1 is the Mesa Grande Indian Reservation. Is that what that appears to say?
A. Yes, and visa versa.
Q. Okay. Thank you. Now, in 1926, land was also added to the tract number 3 of the Santa Ysabel Indian Reservation, also known as the Volcan Reservation; that's the 510 acre

Valley Reporters
CERTIFIED SHORTHAND REPORTERS AND ASSOCIATES
555 CAPITOL MALL, SUITE 402
SACRAMENTO, CALIF. 95814
(916) 446-6139

MG0000093