**Plaintiff's Exhibit 1**

6-1142

# DEPARTMENT OF THE INTERIOR

Land
Mesa Grande

UNITED STATES INDIAN FIELD SERVICE
Mission Indian Agency
Federal Building
Riverside, - California
June 1, 1925.



Commissioner of Indian Affairs,

Washington, D. C.

Sir:-

It is requested that the following described land be set aside for the use of the Mesa Grande Indians:-

The west one half of the Southwest one quarter of Section eleven (11) Township twelve (12) South, Range Two (2) East San Bernardino Meridian.

The LosAngeles Land Office reports that this tract is vacant. The land is rough, rocky, and in a canyon, but there is a spring on it which furnishes water to stock on the Mesa Grande Indian reservation. The Indians have used it for years and consider it as theirs, but there is no record that it has ever been reserved for their use. It has been reported that a white man is threatening to fence it up, and as the Indians are really entitled to it it is recommended it be set aside.

Very respectfully,

Superintendent.

DEM

Filed by F. N. W.