**Plaintiff's Exhibit 2**

Land-Allot
47573-25
T D H

Mission

41491-25-313

AUG 25 1925

Mesa Grande Reserve

The President,

The White House.

My dear Mr. President:

Under the provisions of Section 3 of the Act of Congress of January 12, 1891 (26 Stat. 712) a trust patent was issued to the Mesa Grande Band of Indians in California for land described as the E/2 of the SE/4 of Sec. 6 and the SW/4 of the SW/4 of Sec. 9, T. 12 S., R. 2 E. of S. B. M. in California, containing 120 acres.

There is now submitted herewith the draft of an order proposing to temporarily withdraw from settlement, sale, entry, or other disposition, the following described lands as an additional reservation for the Mesa Grande Band, viz: The W/2 of the SW/4 of Sec. 11, T. 12 S., R. 2 E. of S. B. M. in California, containing 80 acres. The Superintendent of the Mission Indian Agency reports that the tract is rough

9-15-25

MAILING COPY - FOR FILE