**Plaintiff's Exhibit 3**

# Executive Order

It is hereby ordered that the following described tract of land in the State of California, be, and it is hereby temporarily withdrawn from settlement, entry, sale, or other disposition until March 5, 1927, for the use and benefit of the Indians of the Mesa Grande Indian Reservation, under the jurisdiction of the Mission Indian Agency in California, viz:

W/2 of the SW/4 of Sec. 11,
T. 12 S., R. 2 E. of S. B. M.

in California, containing 80 acres.

If legislation is not enacted prior to March 5, 1927, to withdraw this land permanently, and if no other direction is given regarding the disposition thereof, the land will on that date, become subject to disposal under any law then applicable thereto without further order. Provided that this temporary withdrawal shall not affect any existing legal right of any person to any of the land described herein.

CALVIN COOLIDGE

The White House,
August 27, 1925.

41491-25
I.O. File

[No. 4297]

*noted on plats*