**Plaintiff's Exhibit 4**

REPRODUCED AT THE NATIONAL ARCHIVES

MG-0195

L-A
41491-25

TDM

Mr. Chas. L. Ellis,

Supt., Mission Agency.

DEC 14 1925

My dear Mr. Ellis:

Your attention is invited to the correspondence relating to an 80 acre tract of land temporarily withdrawn from the public domain for the use of the Mesa Grande Indians.

In your letter of June 1, 1925, you recommended that this land be obtained for the Mesa Grande Indians primarily for the reason that it contains a spring which has long been used by them as a watering place for their livestock. Upon examining our records the fact is disclosed that the present reservation for the Mesa Grande Indians consists of 120 acres described as the E/2 of the SE/4 of Sec. 8 and the SW/4 of the SW/4 of Sec. 9, T. 12 S., R. 2 E. of S. B. M. The 80 acre tract to be reserved is in the SW/4 of Sec. 11, in the same township, and the further fact is disclosed that the Santa Ysabel Indian Reservation No. 1, containing several sections, is located in between the tract to be reserved and the Mesa Grande Reservation. In fact the 80 acre tract joins the Santa Ysabel Reservation on the east, which reservation is one mile wide at that point, and the Mesa Grande Reservation is located approximately one mile west of the Santa Ysabel western boundary. The inclosed plat shows the location of these lands as they appear on our records.

Under these conditions it is not clear to the Office what arrangements have been made or are expected to be made by which the 80 acre tract may be used by the Indians of the Mesa Grande Reservation. A question arises as to which reservation you really intend should receive the additional land. Inasmuch as it joins the Santa Ysabel Reservation No. 1, it would seem more consistent to add it to that reservation. However, if it is intended for the Indians of the Mesa Grande Reservation it will be necessary to show just how they will be able to make use of it. You are requested, therefore, to submit a further report explaining these features fully and your reply should be expedited as much as practicable in order that early consideration may be given the proposed legislation.

Very truly yours,

(Signed) Chas. H. Burke

Commissioner.

12-abm-11

RG 75; NARA-DC
CCF 1907-39; Mission
Box 49; "41491-1925-313"