**Plaintiff's Exhibit 5**

REPRODUCED AT THE NATIONAL ARCHIVES

MG-094

5—1142

UNITED STATES

DEPARTMENT OF THE INTERIOR

L-A
41491-25

INDIAN FIELD SERVICE

Mission Indian Agency
Federal Building
Riverside, - California
Dec. 19, 1925.

Commissioner of Indian Affairs,

Washington, D. C.

Sir:-

As requested in Office letter of Dec. 14th, above reference, the following report is submitted concerning the 80 acre tract withdrawn for the use of the Mesa Grande Indians:-

Santa Ysabel Reservation #1 is known locally as the Mesa Grande Reservation, and the Indians shown on the Census as Mesa Grande Indians are, in the main, occupants of this tract. The patent to the Santa Ysabel band mentions three tracts of land, Santa Ysabel Reservation, Nos. 1, 2, and 3. Tract No.1 is known as the Mesa Grande reservation; #2 is known as the Santa Ysabel, and #3 is known as the Volcan.

In my former correspondence I referred to Mesa Grande reservation, meaning Santa Ysabel No. 1, for the reason that Indians, known as the Mesa Grande band, reside on or near this tract. In view of the fact that the 80 acres adjoins land shown as "Santa Ysabel" it would probably be best to have the 80 acres reserved for use of the Santa Ysabel Indians, which would include the Mesa Grande.

Very respectfully,

Superintendent.

DEM

RG 75; NARA-DC
CCF 1907-39; Mission
Box 49; "41491-1925-313"