**Plaintiff's Exhibit 6**

RODUCED AT THE NATIONAL ARCHIVES

MG-0585

# Calendar No. 425

| 69TH CONGRESS | SENATE | REPORT |
| 1st Session | | No. 420 |

TO PROVIDE FOR THE RESERVATION OF CERTAIN LAND IN CALIFORNIA FOR THE INDIANS OF THE MESA GRANDE RESERVATION, KNOWN ALSO AS SANTA YSABEL RESERVATION NO. 1

MARCH 20 (calendar day, MARCH 22), 1926.—Ordered to be printed

Mr. HARRELD, from the Committee on Indian Affairs, submitted the following

## REPORT

[To accompany S. 2706.]

The Committee on Indian Affairs, to whom was referred the bill (S. 2706) to provide for the reservation of certain land in California for the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation No. 1, having considered the same, report favorably thereon with the recommendation that the bill do pass without amendment.

The Secretary of the Interior has recommended this legislation, as is set forth in his letter under date of January 15, 1926, which is attached hereto and made a part of this report.

DEPARTMENT OF THE INTERIOR,
*Washington, January 15, 1926.*

Hon. J. W. HARRELD,
*Chairman Committee on Indian Affairs,*
*United States Sentate.*

MY DEAR SENATOR HARRELD: There is inclosed herewith the draft of a proposed bill to add an 80-acre tract of land in California to the Mesa Grande Indian Reservation, known also as Santa Ysabel Indian Reservation No. 1.

This tract adjoins land patented in trust in 1893 to that band of Indians under the provisions of the act of January 12, 1891 (26 Stat. 712). The superintendent of the Mission Indian Agency at Riverside, Calif., reports that the land desired as an addition to the reservation is rough, rocky, and situated in a canyon, having but little value except that there is a spring located thereon which furnishes water for the livestock belonging to the Indians. It is reported that the Indians have used this spring as a watering place for many years and regard it as their property, although it does not appear that the land on which it is located has ever been officially reserved for them. The records of the General Land Office show that the land desired is vacant and unappropriated.

NARA CP, RG 48, Entry 749-A
CCF 1907-1936 Mission Agency

RODUCED AT THE NATIONAL ARCHIVES

2   RESERVATION FOR INDIANS OF MESA GRANDE RESERVATION

With a view to recommending this legislation, the tract was temporarily withdrawn from entry, sale, or other disposition at the request of this department by an Executive order dated August 27, 1925, pending consideration by Congress of the proposition to add it to the Indian reservation. If legislation is not enacted along the lines herein suggested, this land will become subject to disposal under the laws applicable to the public domain, and it would be a very serious loss to the Indians if they should thereby lose possession of the spring. The inclosed draft of the proposed bill is respectfully recommended to the favorable consideration of your committee and the Congress.

Very truly yours,

HUBERT WORK.

NARA CP, RG 48, Entry 749-A
CCF 1907-1936 Mission Agency
Box 1251