# Plaintiff's Exhibit 8

RODUCED AT THE NATIONAL ARCHIVES

MG-0583

[PUBLIC—NO. 209—69TH CONGRESS]

[S. 2706]

An Act To provide for the reservation of certain land in California for the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation Numbered 1.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That there is hereby withdrawn from settlement, entry, or disposition under the laws of the United States and set apart and reserved for the occupancy and use of the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation Numbered 1, a tract of land in the State of California, particularly described as the west half of the southwest quarter of section 11, township 12 south, range 2 east of San Bernardino meridian, containing eighty acres, the same to be added to and become a part of said Indian reservation.

Approved, May 10, 1926.

NARA CP, RG 48, Entry 749-A
CCF 1907-1936 Mission Agency
Box 1251