**Plaintiff's Exhibit 9**

REPRODUCED AT THE NATIONAL ARCHIVES

MG-0371

# NARRATIVE REPORT

# MISSION INDIAN AGENCY

# CALIFORNIA

For the Fiscal Year 1937

By

JOHN W. DADY
SUPERINTENDENT

RG 75; NARA-DC
CCF 1907-39; Mission
Box 6; "00-1937-032"

REPRODUCED AT THE NATIONAL ARCHIVES

# INDEX

|  | Pages |
|---|---|
| Map of Mission Indian Reservations | 1 |
| Mission Agency Jurisdiction (Distances from headquarters, Riverside, Calif.) | 2 |
| Reservations, Dates of Establishment, How Established, Area, etc. | 3-10 |
| Reservations, by County; Areas, and No. Enrolled Indians | 11-13 |
| Introduction | 14-16 |

Section I, Industrial Development and Welfare and Social Conditions:

    (a) Industrial Development
        (1) On the reservation            17-47

| | |
|---|---|
| IECW | 17-34 |
| Roads | 35-44 |
| Irrigation | 45-46 |
| Indian Rehabilitation | 46-47 |

        (2) Off the reservation            48-50

| | |
|---|---|
| Ranch Work | 48 |
| Services of Placement Office, Los Angeles | 48-49 |
| Services of Social Worker, San Diego | 49 |
| W.P.A. | 49 |
| Native Arts & Crafts | 49-50 |

REPRODUCED AT THE NATIONAL ARCHIVES

# INDEX
## ( continued )

Section I, Industrial Development and Welfare and Social
Conditions (continued)

- (b) Welfare and Social
  - (1) Economic Status . . . 51
  - (2) Family conditions . . . 51-55
    - Religion . . . 51-52
    - Recreations . . . 52-53
    - Club Work . . . 53
    - Relief, Non-Medical . . . 54-55
  - (3) Law and Order . . . 55-57
    - Liquor Suppression . . . 55-56
    - Indian Police . . . 57
    - Summary of Law & Order Activities . . . 57

Section II, Agricultural Development . . . 58

Section III, Health . . . 59-71
- General . . . 59-68
- Soboba Hospital . . . 68-71

Section IV, Education . . . 71-75

Section V, Program for the Coming Year . . . 76-77





THE MISSION AGENCY JURISDICTION

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Augustine | 12-29-91 | | Executive Order, superseded by Trust Patent, 2-10-93 | 1963 | 615.64 |
| Cabazon | 5-15-76 | | Executive Order; | | 240. |
| | | 11-11-95 | Trust patent; | 1961 | 640. |
| | | 6-6-10 | Trust patent; | 1961 | 640.48 |
| | | | | | 1520.48 |
| Cahuilla | 12-27-75 | | Executive Order, superseded by Trust Patent, 346196, 7-9-13; and Trust | 1963 | 11840.00 |
| | | | Patent #1041133, 10-7-30; | 1963 | 5771.86 |
| | | 10-5-32 | Purchase; | | 640. |
| | | | | | 18251.86 |
| Campo | 2-10-93 | | Trust Patent; | 1963 | 280. |
| | | | Purchase; | | 160. |
| | | 2-2-07 | Withdrawal; | | 80. |
| | | 3-15-07 | Purchase; | | 160. |
| | | 3-29-07 | Purchase; | | 720. |
| | | 12-14-11 | Trust Patent 239049; | 1961 | 13610. |
| | | | | | 15010. |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Capitan Grande | 12-27-75 | | Executive Order, superseded by Trust Patent 3-10-94; | 1944 | 10,253. |
| | | 7-9-13 | Trust Patent #346197; | 1963 | 1,240. |
| | | | Executive Order; | | 6,292.05 |
| | | 8-2-32 | Barona Ranch Purchase; | | 5,005. |
| | | 5-28-35 | Baron Long Ranch Purchase; | | 1,608.85 |
| | | | | | 24,398.90 |
| | | 2-28-19 | Sale to City of San Diego; | | - 1,940. |
| | | 10-9-33 | "  ; | | - 920. |
| | | | | | 21,538.90 |
| | | | | | |
| Cosmit and Inaja | 12-27-75 | | Executive Order, superseded by Trust Patent 2-10-93; | 1963 | 280. |
| | | 7-20-11 | Trust Patent 217924; | 1961 | 320. |
| | | 2-2-07 | Secretarial Withdrawal; | | 320. |
| | | | | | 920. |
| | | | | | |
| Cuyapaipe | 12-29-91 | | Executive Order, superseded by Trust Patent 2-10-93; | 1963 | 880. |
| | | 2-2-07 | S/W; | | 1,240. |
| | | 6-10-08 | Trust Patent 66041; | 1944 | 3,200. |
| | | | | | 5,320. |
| | | | | | |
| Inaja | | | See Cosmit | | |
| | | | | | |
| LaJolla | 12-27-75 | | Executive Order, superseded by Trust Patent 9-13-92 | 1962 | 8,329.12 |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Laguna | 12-29-91 | | Executive Order superseded by Trust Patent 2-10-93; | I.R.A. Resn. | 160. |
| | | 4-5-11 | Tr. Patent #188532; | | 160. |
| Posta | 12-29-91 | | Executive Order, superseded by Trust Patent 2-10-93; | I.R.A. Resn. | 238.88 |
| | | 11-28-10 | Tr. Patent #163394; | | 3,600.20 |
| | | 4-5-11 | " " 188531; | | 40. |
| | | | | | 3,879.08 |
| Los Coyotes | 5-6-89 | | Executive Order, superseded by Trust Patent 324031 4-5-13, and | 1963 | 19,721.46 |
| | | | Trust Patent 481220 7-2-15; | 1940 | 979.79 |
| | | 1-13-93 | Purchase; | | 160. |
| | | 6-19-00 | " ; | | 160. |
| | | 12-2-07 | " ; | | 160. |
| | | 4-13-14 | Executive Order; | | 3,840. |
| | | 9-22-23 | Trust Patent 917552; | 1948 | 28.38 |
| | | | | | 25,049.63 |
| Manzanita | 12-29-91 | | Executive Order, superseded by Tr. Patent 2-10-93; | 1963 | 640. |
| | | 11-28-10 | T. Patent 163395; | 1961 | 3,680. |
| | | | | | 4,320. |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Mesa Grande | 6-19-83 | | Executive Order, superseded by Trust Patent 2-10-93; | 1963 | 120. |
| | | 8-27-25 | Executive Order #4297; | | 80. |
| | | | | | 200. |
| | | | See Santa Ysabel | | 5,763.11 |
| | | | | | 5,963.11 |
| Mission Creek | 5-15-76 | | Executive Order, superseded by Trust Patent 790636 1-28-21 | 1946 | 2,560.625 |
| Morongo | 5-15-76 | | Executive Order, superseded by Trust Patent 34422,12-14-08; | 1943 | 11,058.88 |
| | | 1-23-11 | Tr. Patent 172786; | 1961 | 15,164.70 |
| | | 8-5-13 | "     "    349257; | 1963 | 320. |
| | | 11-12-13 | Executive Order; | | 4,620. |
| | | 8-31-15 | "          " 1310; | | 320. |
| | | 6/1/26 | Act 69th Cong. | | 240. |
| | | | | | 31,723.58 |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Pala | 12-27-75 | | Executive Order, superseded by Tr. Patent 2-10-93; | 1963 | 160. |
| | | Act of 5-27-02 | Purchase; | | 3,353. |
| | | 1-24-03 | Withdrawal; | | 3,160. |
| | | " | " ; | | 3,240. |
| | | 4-8-03 | " ; | | 9,480. |
| | | 1-6-10 | Tr. Patent 100413; | 1945 | 76.79 |
| | | 2-5-12 | " "    245723; | 1962 | 800. |
| | | 2-4-20 | " "    733091; | 1945 | 320. |
| | | | | | 20,589.79 |
| | | 1-12-91 | Executive Order; | | - 80. |
| | | | | | 20,509.79 |
| | | | | | |
| Palm Springs | 5-15-76 | | Executive Order superseded by Tr. Patent 5-14-96; | 1941 | 3,844.80 |
| | | 10-9-06 | T. Patent; | 1941 | 638.56 |
| | | 1-3-07 | Purchase; | | 800. |
| | | 2-2-07 | S/W; | | 503.97 |
| | | 1/5/11 | Tr. Patent #168071; | 1961 | 25,020.34 |
| | | 3-29-23 | Tr. Patent #901282; | 1948 | 320. |
| | | | | | 31,127.67 |
| | | | | | |
| Pauma | Act of 1-12-91 | | Purchase (Pauma) | | 225. |
| | | | (Yuima) | | 25. |
| | | | | | 250. |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Pechanga | 6-27-82 | | Executive Order superseded by Trust Patent 8-29-93; | 1963 | 2,840. |
| | | 1-19-07 | S/W; | | 640. |
| | | 3-11-07 | Purchase; | | 235. |
| | | 5-25-31 | Trust Patent 1046692; | 1956 | 440. |
| | | | | | 4,155. |
| Ramona | 12-29-91 | | Executive Order superseded by Trust Patent 2-10-93 | 1963 | 520. |
| Rincon | 9-13-92 | | Trust Patent | 1962 | 2,313.61 |
| San Manuel | 12-29-91 | | Executive Order, superseded by Trust Patent 8-31-93; | 1963 | 640. |
| | | 3-14-07 | Purchase; | | 5.13 |
| | | 4-3-08 | " | | 7.5 |
| | | | | | 652.63 |
| San Pasqual | 12-29-91 | | Executive Order superseded by Trust Patent 7-1-10 | I.R.A.Resn. | 1,343.44 |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Santa Rosa | 11-29-91 | | Executive Order, superseded by Trust Patent 1009229 11-8-27; | 1952 | 9,172.60 |
| | | 1-7-31 | Trust Patent 1043261 | 1956 | 1,920. |
| | | | | | 11,092.60 |
| Santa Ysabel | 12-27-75 | | Executive Order, superseded by Trust Patent 2-10-93; | 1963 | 14,922.48 |
| | | Act of 2-14-20 | Purchase; | | 510.10 |
| | | | | | 10. |
| | | | Mesa Grande and Santa Ysabel lands included in above patent; Mesa Grande | | - 5,763.11 |
| | | | | | 9,679.47 |
| Santa Ynez | | | Not owned by government or Indians; Indians have right of occupancy only | | 75.75 |
| Soboba | 6-19-83 | | Executive Order superseded by Tr. Patent 338255, 5-29-13; | 1963 | 3,304.19 |
| | | 5-2-11 | Tax title deed, State of Cal.; | | 745.82 |
| | | 6-10-13 | Tr. Patent 340660; | 1963 | 80. |
| | | 1-29-18 | "      "     615350; | 1943 | 320. |
| | | 5-4-36 | "      "     1082996 | 1961 | 665.50 |
| | | | | | 5,115.51 |

REPRODUCED AT THE NATIONAL ARCHIVES

| Reservation | Date Established | Date of Additions | How Established | Expiration Dates of Trust Patents | Area |
|---|---|---|---|---|---|
| Sycuan | 12-27-75 | | Executive Order superseded by Trust Patent 2-10-93 | 1963 | 640. |
| Torres-Martinez | 5-15-76 | | Executive Order superseded by Trust Patent 134437; | 1961 | 11,961.26 |
| | | 3-3-09 | S/W; | | 16,386.20 |
| | | 12-11-14 | Exchanged with Sp RR fee patent | | 1,920. |
| | | | | | 30,267.46 |
| 29-Palms | 12-29-91 | | Executive Order superseded by Trust Patent 11-11-95; Deeded by SP | 1961 | 160.21 1. 161.21 |

REPRODUCED AT THE NATIONAL ARCHIVES

REPRODUCED AT THE NATIONAL ARCHIVES

## Riverside County

1937 Census

| Name of Reservation | No Allotted | Area Allotted | Area Unallotted | Total Area Res'n | No. Enrolled |
|---|---|---|---|---|---|
| AUGUSTINE | 4 | 153.89A | 461.75A | 615.64A | 14 |
| CABAZON | 12 | 481.59A | 1038.89A | 1520.48A | 27 |
| CAHUILLA | | | 18251.86A | | 106 |
| MISSION CREEK | 16 | 158.21A | 2402.41A | 2560.62A | 21 |
| MORONGO | 267 | 1427.54A | 30296.04A | 31723.58A | 299 |
| PALM SPRINGS | | | 31127.67A | | 49 |
| PECHANGA | 85 | 1299.47A | 2855.53A | 4155.00A | 221 |
| RAMONA | | | 520.00A | | |
| SANTA ROSA | | | 11092.60A | | 50 |
| SOBOBA | | | 4450.01A | | 127 |
| TORRES-MARTINEZ | 216 | 8685.07A | 21582.39A | 30267.46A | 199 |
| TOTALS | 600 | 12205.77A | 124079.15A | 70842.78A | 1113 |

## San Diego County

| Name of Reservation | No. Allotted | Area Allotted | Area Unallotted | Total Area Res'n | No. Enrolled |
|---|---|---|---|---|---|
| Campo | | | 15010.00A | | 133 |
| Capitan Grande | | | 14925.05A | | 21 |
| Barona | | | 5005.00A | | 57 |
| Baron Long | | | 1608.00A | | 78 |
| Cosmit | | | 80.00A | | |
| Cuyapaipe | | | 5320.00A | | 3 |
| Inaja | | | 840.00A | | 33 |
| Laguna | | | 320.00A | | 5 |
| LaJolla | 77 | 745.69A | 7583.43A | 8329.12A | 232 |
| LaPosta | | | 3879.08A | | 3 |
| Los Coyotes | | | 25049.63A | | 86 |
| Manzanita | | | 4320.00A | | 66 |
| Mesa Grande | | | 5963.11A | | 227 |
| Pala | 176 | 1387.36A | 19122.43A | 20509.79A | 210 |
| Pauma | | | 250.00A | | 67 |
| Rincon | 79 | 417.70A | 1895.91A | 2313.61A | 185 |
| San Pasqual | | | 1343.44A | | 9 |
| Santa Ysabel | | | 9759.47A | | 249 |
| Sycuan | 17 | 269.45A | 370.55A | 640.00A | 38 |
| Totals | 349 | 2820.20A | 122645.10A | 31792.52A | 1702 |

## San Bernardino County

| Name of Reservation | No. Allotted | Area Allotted | Area Un-allotted | Total Area Res'n | No. Enrolled |
|---|---|---|---|---|---|
| Twenty-nine Palms |  |  | 161.21A |  |  |
| San Manuel |  |  | 652.63A |  | 43 |
| Totals |  |  | 813.84A |  | 43 |

## Santa Barbara County

| Name of Reservation | No. Allotted | Area Allotted | Area Un-allotted | Total Area Res'n | No. Enrolled |
|---|---|---|---|---|---|
| Santa Ynez | (Not owned by Gov't or Indians) |  | 75.75 |  | 86 |

| Total Reservations | No. Allotted | Area Allotted | Area Un-allotted | Total Area Res'n | No. Enrolled |
|---|---|---|---|---|---|
| Grand Total | 949 | 15025.97A | 247613.84A | 102,635.30A | 2944 |