**Plaintiff's Exhibit 10**

*Reproduced from the Holdings of the National Archives at Riverside*

MG-1972

UNITED STATES
# DEPARTMENT OF THE INTERIOR
OFFICE OF INDIAN AFFAIRS

FIELD SERVICE

P.O. Box 746
Riverside, California
September 1, 1950

Mr. J. M. Stewart, Area Director
Sacramento Area Office,
P. O. Box 749
Sacramento 4, California

Dear Mr. Stewart:

The enclosed letter and constitution has been received from Mrs. Martha Bolt of Mesa Grande. It is suggested that the data pertaining to Mesa Grande listed below be sent to Mr. LaVatta in order that he may use it in preparation of a constitution and by-laws for the Mesa Grande band of Indians.

Mesa Grande Reservation:
    Acquired by Executive Orders of June 19, 1883
    and August 27, 1925; and Patent to Band Feb. 10, 1893.

    Population - 158, (1940 Census)

    Total area acres - 5,963.11

    Agricultural, acres, approximately 640
    Grazing,     "     "     5340
    Barren,  none

                            Yours truly,

                            H. W. Gilmore
                            District Agent

Enclosure

NARA-RV, RG 75, So. CA Agency
Tribal Relations 1893-1985, Box 2
060 Tribal Relations-Mesa Grande FY 1948-57 2/2