**Plaintiff's Exhibit 12**

REPRODUCED AT THE NATIONAL ARCHIVES

IN REPLY REFER TO:

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
### BUREAU OF INDIAN AFFAIRS
#### WASHINGTON 25, D. C.

MAY 3 - 1960.

Memorandum

To:      Chief, Branch of Tribal Programs

From:    Research and Reporting Section

Subject: Data on the Santa Ysabel and Mesa Grande Reservations,
         California

This report was prepared to bring information up to date for
programming activities for the Santa Ysabel and Mesa Grande
Reservations which are in the central part of San Diego County,
California.

During the late 1800's, these two reservations were jointly identi-
fied as "Santa Ysabel." During the first quarter of the present
century, however, the lands were more commonly identified as
Santa Ysabel No. 1, No. 2, and No. 3. Today Santa Ysabel No. 1
and No. 2 make up the present Mesa Grande Reservation with a
total area of 5,963 acres as of June 30, 1959, all of which is tribal
trust land. The tract formerly identified as Santa Ysabel No. 3,
(also known sometimes as Volcan Reservation) is presently called
the Santa Ysabel Indian Reservation; it consisted of 1,679 acres of
tribal trust land as of June 30, 1959.

The Indians of the two reservations were identified as two groups
during December 1934 when the Indians of both reservations met
separately on different days to vote on the provisions of the Indian
Reorganization Act of June 18, 1934 (48 Stat. 988). Both groups
rejected the Act.

Due to the close relationship of the land areas of these reser-
vations, data on each are included in this report; Part I - Mesa
Grande Reservation and Part II - Santa Ysabel Reservation.

Both reservations are under the Riverside Area Field Office,
Riverside, California, within the Sacramento Area. Prior to
1947 the several Mission reservations were administered through

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

the Mission Indian Agency which was established by consolidation
of the Southern Mission Agency and Northern Mission Agency on
April 21, 1922. This was an outgrowth of previous consolidations
of administrations in southern California which took place as early
as 1911 when the Mission reservations were administered under 12
superintendencies.

A brief history of the Mission Indians is attached to this report.

PART I   MESA GRANDE RESERVATION

## Tribal Organization of the Mesa Grande Indians

On December 18, 1934 the Mesa Grande Indians met and voted not
to accept provisions of the Indian Reorganization Act of June 18,
1934 (48 Stat. 984). Out of a total population of 218 Indians, 119
were eligible to vote. Of the latter number only 9 voted for while
64 voted against acceptance.

This group is not formally organized with a written constitution
and bylaws. Tribal business is handled by a six-member
committee.

## Tribal Assets

Tribal assets of the Mesa Grande Indians consists of 5,963 acres
of tribal land valued in 1950 at about $23,000.

There are no trust funds to the credit of the Mesa Grande Indians,
but there is a fund containing $78 to the credit of the Santa Ysabel
Indians. It is not known if the Mesa Grande Indians have any
interest in this fund.

## Tribal Income and Expenses

The Mesa Grande Indians do not operate any tribal enterprise.
There is no tribal income from any source and no expenses.

## Treaties and Claims

This group of Indians was not a party to any ratified treaty. Part
of the lands of the reservation may have been included in one of
the unratified treaties made with the Indians of California during

2

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

January 1852 (IV Kappler 1081-1133). These treaties were the basis for claims in Court of Claims Case No. K-344 which was settled December 4, 1944 with a net award to the Indians of California in the amount of $5,024,842.34 (98 C. Cls. 583; 99 C. Cls. 817; 102 C. Cls. 837; and 319 U. S. 764).

Forty-eight bands or groups of Mission Indians in California filed Petition No. 80 with the Indian Claims Commission under the Act of August 13, 1946 (60 Stat. 1049). The claims filed in that petition are pending at the present time.

## The People

The membership of the Mesa Grande Indians is about 250, of whom only an estimated 100, comprising 25 families, live on the reservation. These Indians are of the Digueno group of original Indians in California.

Family income is derived mainly from wages earned as ranch hands and laborers off the reservation. Some individuals receive pensions. Others supplement their income by grazing a few cattle on the reservation or cultivating small gardens.

Most of the Indians speak, read, and write English. The day school which was opened at Mesa Grande in 1886 operated until 1933. Since then the children have attended public schools. The State of California assumed full responsibility for education on July 1, 1958.

These Indians are fairly well assimilated as they have worked with and for non-Indians and most have also attended public schools. As a group, they have assumed more and more responsibilities of citizenship. However, there are a few who are not able to fully support themselves and need some assistance.

## Establishment of the Mesa Grande Reservation

The Mesa Grande Reservation consists of 5,963.29 acres of land made up of three separate tracts or parcels; two are jointly identified as Santa Ysabel No. 1, and a single tract of 2,720 acres is identified as Santa Ysabel No. 2. These parcels contain a total of 5,963.29 acres.

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

Actions regarding lands of the three areas of the Mesa Grande Reservation will be set out separately in chronological order (two tracts in Area No. 1 and one tract in Area No. 2).

Executive Order dated December 27, 1875 set aside for the permanent use and occupancy of the Indians in lower California under the sub-title "Santa Ysabel," including Mesa Grande, sections 3, 10, 14, 15 and fractional section 13, T. 12 S., R. 2 E., S. B. M., California. The described lands consisted of about 3,123 acres. Executive Order dated February 5, 1883 restored the SE 1/4 NE 1/4, N 1/2 SE 1/4, and SE 1/4 SE 1/4, S. 3, T. 12 S., R. 2 E., S. B. M., containing about 160 acres, to the public domain.

The Smiley Commission was appointed under authority of the Act of January 12, 1891 (26 Stat. 712). It recommended that sections 10, 14, 15, fractional section 13, W 1/2 NE 1/4, NE 1/4 NE 1/4, and SW 1/4 SE 1/4, S. 3, T. 12 S., R. 2 E., S. B. M., be set aside as a reservation, to be called Santa Ysabel, not only for the Indians living thereon but for such Mission Indians as it might be advisable to put there later. This area which covered most of the land described in the previous paragraph, contained about 2,995 acres and was identified as Santa Ysabel No. 1. The report and recommendations of the Smiley Commission dated December 7, 1891 were approved by Executive Order dated December 29, 1891.

The same 2,995 acres as described by the Smiley Commission was trust patented to the Santa Ysabel Band or Village of Indians on February 10, 1893 under authority of the Act of January 12, 1891 (26 Stat. 712).

Executive Order dated August 27, 1925 temporarily set aside 80 acres of land described as the W 1/2 SW 1/4, S. 11, T. 12 S., R. 2 E., S. B. M., for the Mesa Grande Band or Village of Indians until legislation could be enacted. Congress by the Act of May 10, 1926 (44 Stat. 496) approved the withdrawal as made by Executive Order of August 27, 1925. This 80-acre tract was adjacent to and connected with the larger tract described above which had been identified as Santa Ysabel No. 1.

A separate tract of 120.18 acres lying about one mile west was set aside by Executive Order dated June 19, 1883 for the permanent use and occupancy of the Mission Indians in the

4

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

State of California. The land was described as the E 1/2 SE 1/4,
S. 8, and SW 1/4 SW 1/4, S. 9, T. 12 S., R. 2 E., S.B.M.,
California. This tract was the smaller of two tracts which
comprised Santa Ysabel No. 1.

The Smiley Commission recommended that the above 120.18
acre tract be set aside as a reservation to be called the Mesa
Grande. Three families of Indians lived on the land in 1891 and
desired to remain there. This same tract was trust patented to
the Mesa Grande Band or Village of Indians on February 10, 1893
in accord with authority contained in the Act of January 12, 1891
(26 Stat. 712).

The total area of the two tracts of land comprising Mesa Grande
and identified as Santa Ysabel No. 1 was reported on June 30,
1959 as 3,243.29 acres.

A separate 2,270 acre tract, located one mile north of the land
previously described as Santa Ysabel No. 1, was also set aside
by Executive Order dated December 27, 1875 for the permanent
use and occupancy of the Indians in lower California. It was
described as the S 1/2, S. 21, NW 1/4 and E 1/2, S. 28, and
sections 25, 26, and 27, T. 11 S., R. 2 E., S.B.M., California,
and became known as Santa Ysabel No. 2. It is included in the
present Mesa Grande Reservation.

The Smiley Commission in its report of December 7, 1891 also
recommended that the above-described 2,270 acres be set aside
as a reservation to be called Santa Ysabel not only for the
Indians living thereon but for such Mission Indians as it might
be advisable to put there later. On February 10, 1893, this same
tract was trust patented to the Santa Ysabel Band or Village of
Indians. The same acreage was reported on June 30, 1959 for
this tract of land.

The above described lands identified as Santa Ysabel Areas 1
and 2 contain a total of 5,963.29 acres (June 30, 1959) and
comprise the Mesa Grande Reservation as it is known at the
present time.

Water and Water Rights

That part of Mesa Grande Reservation known as Santa Ysabel

5

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

No. 1 receives an average annual rainfall of 30 inches. The
runoff drains into a creek which serves the 16,000 gallon
reservoir constructed to conserve and better utilize the 15
miner inches of water in the small creek or canyon which
crosses the reservation. However, little irrigation is now
carried on by the Indians.

That part of Mesa Grande Reservation known as Santa Ysabel
No. 2 does not have any adequate water supply and no potential
source of water has been reported.

The land and its use

Most of the 5,963.29 acres of land in the Mesa Grande Reser-
vation is mountainous. The climate is mild but dry with
insufficient rainfall to provide moisture for agricultural
purposes. Most of the land is therefore used for grazing
purposes as the resident Indians make very little use of availa-
ble irrigation waters.

No minerals are known to exist in commercial quantities on
the reservation.

Land Records

It is not known if land records are current and adequate.

Services rendered by the Tribe

The Indian families generally earn their own living with little
assistance from welfare agencies. There are no tribal enter-
prises and the business committee handles little business.
These Indians have not kept the irrigation system in adequate
repair or utilized the available water for agricultural purposes.

Services rendered by the County and State

The State assumed full responsibility for education on July 1,
1958. Civil and criminal jurisdiction over "Indian Country"
was conferred upon the State by the Act of August 15, 1953
(67 Stat. 588).

Welfare, aid to children, medical, law and order, and extension

6

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

services are available as provided by local, county, and State agencies.

## Services rendered by Federal Agencies other than the Bureau

Categorical services such as Social Security and Unemployment Compensation are available to these Indians on the same basis as other citizens.

## Services rendered by the Bureau

The lands of this reservation are all tribal trust lands; none has been allotted. The Bureau has responsibility over management of the tribal trust lands. It keeps land records and provided related services. There are no trust funds to the credit of this group of Indians.

There are 8.64 miles of roads on the reservation which are maintained by the Bureau.

## Attitude of the Tribe

A mixed attitude prevails among the Indians living on the reservation. A small group desires to have the Government furnish additional services.

## Attitude of the County and State

San Diego County is gradually making more services available to the Indians of this reservation. The county will accept responsibility for maintenance of roads only after they are improved to meet State standards.

## Remaining obligations of the Bureau

The remaining obligations of the Bureau to the Mesa Grande Indians rest primarily in the tribal trust lands and the problem of providing an adequate supply of water. These items represent the special problems connected with the removal of Federal trusteeship over the group.

### PART II    SANTA YSABEL RESERVATION

## Organization of the Santa Ysabel Indians

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

On December 15, 1934 the Santa Ysabel Indians met and voted
not to accept provisions of the Indian Reorganization Act of
June 18, 1934 (48 Stat. 984). Out of a total population of 90
Indians, 48 were eligible to vote. Of the latter number only
14 voted for while 47 voted against.

This group is not formally organized with a written constitution
and bylaws. Tribal business is handled by a five-member
Committee.

Tribal Assets

Tribal assets consist primarily of 9,679 acres of tribal trust
land which was valued at about $28,500 in 1950. The fund
"Proceeds of Labor, Santa Ysabel Indians" has a balance of
$78. Water facilities as they existed about ten years ago were
valued at about $1,350.

Tribal Income and Expenses

The Santa Ysabel Indians do not operate any tribal enterprise.
However, during the fiscal year 1957 a deposit of $78 was made
to their credit.

Treaties and Claims

This group of Indians was not a party to any ratified treaty.
Part of the lands of the reservation may have been included in
one of the unratified treaties made with the Indians of California
during January 1852 (IV Kappler 1081-1133). These treaties
were the basis for claims in Court of Claims Case No. K-344
which was settled December 4, 1944 with a net award to the
Indians of California in the amount of $5,024,842.34 (98 C.
Cls. 583; 99 C. Cls. 817; 102 C. Cls. 837; and 319 U.S. 764).
Forty-eight bands or groups of Mission Indians in California
filed Petition No. 80 with the Indian Claims Commission under
the Act of August 13, 1946 (60 Stat. 1049). The claims filed in
that petition are pending at the present time.

The People

The membership of the Santa Ysabel Indians is about 280 of
whom only an estimated 40, comprising nine families, live
on the reservation. These Indians are of the Digueno group of

8

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

original Indians in California.

Family income is derived mainly from wages earned as miscellaneous workers in areas near the reservation. Work opportunities in the area have been reported as fair. Some Indians families graze a few cattle on the reservation.

Most of the Indians speak, read, and write English. The day school which was opened at Santa Ysabel in 1904 operated until 1933. Since that time the children attended public schools. The State of California assumed full responsibility for education on July 1, 1958.

These Indians are fairly well assimilated as they have worked with and for non-Indians and most have also attended public schools. This group has assumed many of the responsibilities of citizenship.

## Establishment of the Santa Ysabel Reservation

The Santa Ysabel Reservation consists of 9,679 acres of land. This land was formerly known as Santa Ysabel No. 3 or the Volcan Reservation.

Executive Order dated December 27, 1875 set aside for the permanent use and occupancy of the Indians in lower California under the sub-title "Santa Ysabel," including Mesa Grande, lands which included sections 25, 26, 27, 28, 33, 34, 35, 36, and fractional sections 29, 30, and 32, T. 11 S., R. 3 E., S.B.M., and sections 1, 2, 12, and fractional sections 3, 4, 10, 11, 13, and 14, T. 12 S., R. 3 E., S.B.M., California. This land was later known as "Volcan" and also identified as Santa Ysabel Area No. 3. This tract contained an estimated 9,600 acres.

Section 36, T. 11 S., R. 3 E., of the above tract was restored to the public domain by Executive Order of May 3, 1877 in accord with the practice of reserving two sections in each township for educational purposes.

Executive Order dated January 17, 1880 cancelled that part of Executive Order dated December 27, 1875 as it pertained to lands described as that portion of sections 25, 26, and 27, T. 11 S., R. 3 E., lying north of the following line, viz: beginning on the north boundary line of section 25, township 11 south, range 3 east,

9

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

of San Bernardino meridian, at a point 51.59 chains west of the northeast corner of section 25, thence according to the true meridian south 25 1/2° west, 56.50 chains, to a black oak marked "PXXI"; thence north 56° west, 52 chains to a granite stone marked "P" in stone mound; thence north 39° west, 40.46 chains, to a point on the north boundary of section 27; thence east along the north boundaries of sections 27, 26, and 25 of township 11 south, range 3 east to the place of beginning. This land area was approximated at 60 acres.

The Smiley Commission was appointed under authority of the Act of January 12, 1891 (26 Stat. 712). It recommended that certain lands be set aside as a reservation to be called Santa Ysabel not only for the Indians living thereon but for such Mission Indians as it might be advisable to put there later. These lands were essentially the same as those just identified as Santa Ysabel No. 3. The lands were described as sections 27, 28, 34, 35, and fractional sections 25, 26, 29, 30, 32, and 33, T. 11 S., R. 3 E., and sections 1, 2, 12 and fractional sections 3, 4, 10, 11, 13, and 14, T. 12 S., R. 3 E., S.B.M., California. The recommendation to set aside this tract of approximately 9,600 acres as set forth in the Smiley Commission report of December 7, 1891 was approved by Executive Order dated December 29, 1891.

In accord with the Act of January 12, 1891 (26 Stat. 712) approximately 9,207 of the land recommended by the Smiley Commission was trust patented on February 10, 1893 to the Santa Ysabel Band or Village of Indians. The land was described as fractional sections 25, 26, 27, 29, 30, 32, 33, all of sections 28, 34, and 35, T. 11 S., R. 3 E., and all of sections 1, 2, and 12 and fractional sections 3, 4, 10, 11, 13, and 14, T. 12 S., R. 3 E., S.B.M., California.

Under authorities in the Acts of February 14, 1920 (41 Stat. 408, 417) and July 3, 1926 (44 Stat. 841, 856) 510.10 acres of land were acquired by the United States and added to the Santa Ysabel No. 3 (also known as Volcan). On June 1, 1927, Charles G. Martin and wife Evelyna, Ermelinda Maretti, and George Sawdy and wife Emily E., issued a quitclaim deed in favor of the United States covering the 510.10 acres of land which are shown on Map No. 83 filed in the Office of the Recorder of Deeds of San Diego County on February 18, 1927. A copy of this deed with map is in file 23, No. 65, of the Branch of Realty, Central Office.

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

A church and a cemetery are located in section 16, T. 12 S., R. 3 E., S. B. M., California. The small area of land involved is associated with Indian activities. It is a few miles south of the present Santa Ysabel Reservation and east of the southern tract of the Mesa Grande Reservation.

It is not known if the land records are adequate.

## Use of land

The land is used primarily for homesites and grazing purposes. Only 30 inches of rain falls each year. It drains into Winslow Canyon and is used by the Indians for domestic purposes and to irrigate small gardens. Only about 20 acres of the reservation are farmed.

There are no known minerals of commercial value on the reservation.

## Services rendered by the tribe

The Indians as a group generally earn their own living with little assistance from welfare agencies. There are no tribal enterprises and the business committee has little business to transact.

## Services rendered by the County and State

The State assumed full responsibility for education on July 1, 1958. Civil and criminal jurisdiction over "Indian Country" was conferred upon the State by the Act of August 15, 1953 (67 Stat. 588).

Welfare, aid to children, medical, law and order, and extension services are available as provided by local, county, and State agencies.

## Services rendered by Federal Agencies other than the Bureau

Categorical services such as Social Security and Unemployment Compensation are available to these Indians on the same basis as other citizens.

## Services rendered by the Bureau

The lands of this reservation are all tribal trust lands; none has

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)

REPRODUCED AT THE NATIONAL ARCHIVES

been allotted. The Bureau has responsibility over management of
the lands. It keeps land records and provides services related to
trust lands.

One trust fund, "Proceeds of Labor, Santa Ysabel Indians," has
a balance of $78.

A little more than four miles of roads are regularly maintained
by the Bureau.

## Attitude of the Tribe

The Santa Ysabel Indians appear to favor removal of Federal
trusteeship but would like the Government to invest some money
in the reservation prior to such action.

## Attitude of the County and State

The State has assumed full responsibility for education and pro-
vides law and order services.

The County is gradually making more local services available to
these Indians. San Diego County will accept responsibility for
maintenance of roads only after they are improved to meet State
standards.

## Remaining obligations of the Bureau

The remaining obligations of the Bureau to the Santa Ysabel
Indians rest primarily in the tribal trust lands and the problem
of providing an adequate supply of water. These items represent
the special problems connected with the removal of Federal
trusteeship over the group.

Leonard Ware
Program Officer

NARA-DC, RG 75, CCF
Riverside A.F.O., 1958-75
Box 10, File 15977 1959 (4 of 4)