**Plaintiff's Exhibit 13**

Area Realty Officer                                    March 10, 1971
Sacramento Area Office

                                                       In reply refer to:
Riverside Area Field Office                            Real Prop. Mgmt.
                                                       312-Santa Ysabel
                                                       312-Mesa Grande

Executive Order No. 4297, August 27, 1925 -
Mesa Grande Indian Reservation


Reference is made to the subject Executive Order, copy attached.

Further reference is made to the Act of May 10, 1926 (44 Stat. 496)
(Public Law-No. 209-69th Congress) Senate Bill No. 2706, copy attached.

The Executive Order temporarily withdrew an 80 acre parcel of land described
as the W½SW¼ Section 11, T. 12 S., R. 2 E., SBM, California, for the Mesa
Grande Reservation known also as Santa Ysabel Reservation No. 1.

As you are aware, there is a Mesa Grande Band of Mission Indians and a
Mesa Grande Reservation separate from the Santa Ysabel Band of Mission
Indians and the Santa Ysabel Reservation. Although from the days of the
establishment of the Santa Ysabel Reservation, the Mesa Grande Band has
used Santa Ysabel Tracts 1 and 2, and the Santa Ysabel Band has used
Santa Ysabel Tract No. 3 based on custom and tradition.

The Mesa Grande Band feels the language of the Executive Order shows a
clear intent that the land was withdrawn for them and not for the Santa
Ysabel Band. Unfortunately, the Act of May 10, 1926 managed to confuse
the issue by giving two names to the land. However since the Indians of
the Mesa Grande Reservation, "known also as Santa Ysabel Reservation
Number 1", have always been members of the Mesa Grande Band, the Mesa
Grande Band feels this is further evidence that the 80 acres should be
added to their 120 acres and deleted from the acreage total of the
Santa Ysabel Reservation.

We are seeking clarification as to which reservation the parcel should be
carried. It is requested that steps be taken to locate the report
accompanying Senate Bill No. 2706 dated May 10, 1926 in an effort to
obtain information to assist in determining ownership.

                                    (SGD) LINDA V. COE
                                    Frank L. Haggerty, Jr.
                                    Acting Area Field Representative

Attachments

Desk file copy - RPM
KGianelli/al

KCC
FS Collection
Binder-"Mesa Grande"