**Plaintiff's Exhibit 14**



UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
2800 Cottage Way
Sacramento, California 95825

IN REPLY REFER TO:
Real Prop. Mgmt.
Acq. & Disp. Section
308-Mesa Grande
308-Santa Ysabel

MG-2321

Memorandum

MAR 24 1971

To : Riverside Area Field Office
Attn: William H. Gianelli, Realty Officer

From : Area Director

Subject: Act of May 10, 1926 (44 Stat. 496)

Reference is made to your memorandum of March 10 regarding the act of May 10, 1926, which set apart and reserved for the occupancy and use of the Indians of the Mesa Grande Reservation, known also as Santa Ysabel Reservation Numbered 1, a tract of land described as the W½SW¼ section 11, T. 12 S., R. 2 E., S.B.M., California, containing 80.00 acres.

We agree that the language of the act is confusing but it is our opinion that although the 80-acre parcel was set apart and reserved for the use and occupancy of the Mesa Grande Band of Mission Indians it is definitely a part of the Santa Ysabel Reservation and should not be deleted from the acreage of that Reservation. It is also our opinion that the title status should be resolved with the other portions of the reservation, known as Santa Ysabel No. 1 and Santa Ysabel No. 2, which have been used and occupied by the Mesa Grande Band of Mission Indians since time immemorial.

The last correspondence we have, other than your memorandum, regarding the title problems of the two bands is California Indian Legal Services letter of January 12 to our Washington Office. However, we are requesting more information from our Washington Office and will advise you upon receipt of anything they may be able to furnish.

FOR
ACTING William E. Finale