**Plaintiff's Exhibit 15**

February 26, 1980

Superintendent, Southern California Agency
Real Prop. Mgmt. - TRR 8-10 Santa Ysabel

Santa Ysabel Indian Reservation

Area Director, Sacramento Area Office

It is requested that a trust patent be issued to the Santa Ysabel Band of Mission Indians for W½SW¼ Section 11, T. 12 S., R. 2 E., SBM, California, containing 80 acres, more or less, located within Santa Ysabel Tract 1. The trust patent is requested as the 80 acres was withdrawn from settlement by Executive Order No. 4297, dated August 27, 1925, copy attached.

Although the Executive Order cites the land for the use and benefit of the Indians of Mesa Grande Indian Reservation, it is to be noted that the balance of Tract 1, namely the W½, N½NE¼, SW¼NE¼, SW¼SE¼ of Section 3; Fractional Section 13; Sections 10, 14 and 15, T. 12 S., R. 2 E., SBM, California were trust patented to the Santa Ysabel Band or Village of Indians February 10, 1893. The Mesa Grande Indian Reservation is located in Sections 8 and 9 of T. 12 S., R. 2 E., SBM, California (plat attached).

According to the Portland Title Plant, there are no rights-of-way of record covering the property. Copy of Title Status Report is attached.

Attached is a letter to the Bureau of Land Management requesting issuance of a trust patent for said property to the Santa Ysabel Band.

(Sgd) Frank L. Haggerty, Jr.

Acting Superintendent

Attachments

BIA, Southern California
Agency FOIA Response, p. 57

Desk file copy - RPM
wGianelli/mll