**Plaintiff's Exhibit 17**



MG-2465

IN REPLY REFER TO:

# UNITED STATES
# DEPARTMENT OF THE INTERIOR

BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
2800 Cottage Way - Room W-2440
Sacramento, California 95825

Acq. & Disp.
TRR S-10 Santa Ysabel

Director
Bureau of Land Management
Federal Building
2800 Cottage Way, Room E-2807
Sacramento, California 95825

JUN 11 1980

Dear Sir:

A parcel of land was withdrawn from entry by Executive Order 4297, dated August 27, 1925 for the Santa Ysabel Band of Mission Indians.

It is requested that a trust patent be issued to the:

United States of America
in trust for the Santa Ysabel
Band of Mission Indians

pursuant to the Act of January 12, 1891 (26 Stat. 712), for the following described land:

San Bernardino meridian, California
T. 12 S., R. 2 E.,
Section 11, W½SW¼

The area contains 80 acres, more or less, according to the official plat of the survey of said land on file in the Bureau of Land Management.

Please send the patent, when issued, directly to the Sacramento Area Office.

Sincerely yours,

[signature]

Area Director

Enclosures
 Title Status Rept.
 Copy of Executive Order
 Title Statements w/attachments
 Map

cc: Superintendent, SCA

BIA, Southern California Agency
FOIA Response