**Plaintiff's Exhibit 18**

Form 1860-6
(Feb 1976)
Serial No. CA 8341

# The United States of America,

## To all to whom these presents shall come, Greeting:

WHEREAS, an Order of the authorized officer of the Bureau of Indian Affairs is now

deposited in the Bureau of Land Management, directing that, pursuant to the Act of

January 12, 1891, 26 Stat. 712, as amended, a trust patent issue to the Santa Ysabel Band

of Mission Indians for the following described land:

San Bernardino Meridian, California

T. 12 S., R. 2 E.,

Sec. 11, W½SW¼;

containing 80 acres.

5TO 1253

NOW KNOW YE, That the UNITED STATES OF AMERICA, in consideration of the

premises, has allotted, and by these presents does allot, unto the said Santa Ysabel Band

of Mission Indians, the land above described, and hereby declares that it does and will hold

the land thus allotted (subject to all statutory provisions and restrictions) for the period

of twenty-five years, in trust for the sole use and benefit of the said Santa Ysabel Band

of Mission Indians, and at the expiration of said period the United States will convey the

same or the remaining portion not patented to individuals by patent to said Santa Ysabel

Band of Mission Indians in fee, discharged of said trust and free of all charge and encum-

brance whatsoever, Provided that when patents are issued under the fifth section of said

Act of January 12, 1891, in favor of individual Indians for lands covered by this patent,

they will override (to the extent of the land covered thereby) this patent and will separate

the individual allotment from the lands held in common.

IN TESTIMONY WHEREOF, the undersigned authorized officer of the
Bureau of Land Management, in accordance with the provisions
of the Act of June 17, 1948 (62 Stat. 476), has, in the name of the
United States, caused these letters to be made Patent, and the
Seal of the Bureau to be hereunto affixed.

GIVEN under my hand, in    Sacramento, California,
the    THIRTIETH    day of    JULY    in the year
of our Lord one thousand nine hundred and    EIGHTY
and of the Independence of the United States the two hundred
and    FIFTH.

[SEAL]

By _James B. Russell_
Chief, Lands Section
Branch of Lands and Minerals Operations
California State Office

Patent Number **61-80-0023**