**Plaintiff's Exhibit 19**

Real Prop. Mgmt.
TRR 8-10 Santa
Ysabel

314049

CERTIFIED MAIL - RETURN RECEIPT REQUESTED          August 22, 1980

Mr. Ignacio "Ben" Scerato
Spokesman, Santa Ysabel Band of
  Mission Indians
Star Route, Box 148
Valley Center, California 92082

Dear Mr. Scerato:

Enclosed you will find Trust Patent No. 04-80-0023, dated July 13, 1980, for land described as the W½SW¼ Section 11, T. 12 S., R. 2 E., SBM, California, containing 80 acres, more or less.

The above described 80 acres was withdrawn from settlement by Executive Order No. 4297, dated August 27, 1925.

Please understand that this is not additional land for the Santa Ysabel Band, it is land already held by the Band but was not covered by a trust patent before now.

                              Sincerely,

                              (Sgd) JEROME F. TOMHAVE

                              Superintendent

Enclosure



314049

Desk file copy - RPM
MLLonghorn

BIA, Southern California Agency
FOIA Response