**Plaintiff's Exhibit 20**

located in Menominee County, Michigan, that was acquired by the United States by reason of section 24 of the Act of June 30, 1913 (38 Stat. 102), including any improvements on such lands, are hereby declared to be held by the United States in trust for the benefit and use of the Hannahville Indian Community of Michigan, and such land is hereby declared to be the reservation of the Hannahville Indian Community of Michigan.

Federal Register, publication. Minerals and mining.

SEC. 602. The Secretary of the Interior shall publish in the Federal Register a detailed description of the lands referred to in this title.

SEC. 603. Nothing in this title shall deprive any person (other than the United States) of any lease, right-of-way, mining claim, grazing permit, water right, or other right or interest which such person may have in the surface or mineral estate of any land referred to in section 1 on the day before the date of enactment of this Act.

Southern California Indian Land Transfer Act.

# TITLE VII—SOUTHERN CALIFORNIA INDIAN LAND TRANSFER

### SEC. 701. SHORT TITLE.

This title may be cited as the "Southern California Indian Land Transfer Act".

### SEC. 702. LANDS HELD IN TRUST FOR VARIOUS GROUPS AND BANDS OF MISSION INDIANS.

(a) IN GENERAL.—Subject to section 3, all right, title, and interest of the United States in and to the lands described in subsection (b) in connection with each band or group of Mission Indians listed in the table contained in such subsection (including all improvements on such land and appurtenances to such land) are hereby declared—

(1) to be held in trust by the United States for the benefit of such band or group listed in such table, and

(2) to be part of the reservation listed in connection with each such band or group in such table.

(b) LAND DESCRIBED.—

(1) The lands referred to in subsection (a) are the lands which are described in paragraph (2) and are adjacent to the reservation of a band or group of Mission Indians, as listed in the following table and generally described as "Lands identified in the Proposed So. California Indian Land Transfer Act" and depicted on the map entitled "Southern California Indian Land Transfer Act Map", May 1988:

| Band or group of Mission Indians | Approximate acreage | Reservation |
|---|---|---|
| Barona Group of Capitan Grande Band | 722.86 | Barona Ranch |
| Cahuilla Band | 611.88 | Cahuilla |
| Campo Band | 470.28 | Campo |
| La Jolla Band | 355.51 | La Jolla |
| La Posta | 84.20 | La Posta |
| Mesa Grande Band | 800.00 | Mesa Grande |
| Morongo Band | 107.00 | Morongo |
| Pala Band | 415.00 | Pala |
| Pechanga Band | 302.64 | Pechanga |
| Rincon Band | 320.00 | Rincon |
| Soboba | 880.00 | Soboba. |

(2) The lands described in this paragraph are as follows:
  (A) Lands with respect to the Barona Group of Capitan Grande Band:
    T. 14S., R. 1E., SBM
      Section 13, NE¼, N½SE¼;
    T. 14S., R. 2E., SBM
      Section 7, Lots 5, 6, 10, 11, 12, 21 and 22, E½NE¼, NE¼SW¼, SE¼;
      Section 18, Lot 1, W½NE¼, NE¼NW¼;
  (B) Lands with respect to the Cahuilla Band:
    T. 8S., R. 2E., SBM
      Section 11, Lots 5 through 8, 11, and 12;
      Section 12, Lots 17 through 19;
    T. 8S., R. 3E., SBM
      Section 7, Lots 8 through 15;
      Section 8, Lots 7, 8, and 12;
  (C) Lands with respect to the Campo Band:
    T. 17S., R. 6E., SBM
      Section 17, S½NE¼, SE¼;
      Section 35, Lots 3, 5, and 7, N½S½;
      Section 36, Lots 6 and 9;
  (D) Lands with respect to the La Jolla Band:
    T. 11S., R. 1E., SBM
      Section 2, Lots 1 through 4, S½NW¼;
      Section 3, Lots 1 through 3;
  (E) Lands with respect to the La Posta Band:
    T. 17S., R. 6E., SBM
      Section 6, Lots 6 through 8, SW¼NW¼;
  (F) Lands with respect to the Mesa Grande Band:
    T. 12S., R. 2E., SBM
      Section 23, NE¼, N½SE¼, E½NW¼;
      Section 24, NW¼NW¼, S½NW¼, NW¼SW¼, S½SW¼;
      Section 25, E½NW¼, W½NE¼, W½SE¼;
  (G) Lands with respect to the Morongo Band:
    T. 3S., R. 1E., SBM
      Section 34, S½NW¼NW¼;
    T. 3S., R. 2E., SBM
      Section 20, Lot 10;
      Section 32, W½NW¼NE¼, N½SE¼NW¼, SW¼SE¼NW¼;
  (H) Lands with respect to the Pala Band:
    T. 9S., R. 2W., SBM
      Section 13, SW¼SW¼ (excepting the patented portions of MS 6452 and MS 6848 and excepting those portions of public land not contiguous to the Indian Reservation);
      Section 14, W½W½ (excepting the patented portion of MS 6458), SE¼SE¼ (excepting the patented portion of MS 6452 and excepting those portions of public land not contiguous to the Indian Reservation);

Section 15, NE¼NE¼, S½NE¼, E½W½, SE¼ (excepting the patented portions of MS 4886, MS 4926, and MS 6458);
(I) Lands with respect to the Pechanga Band:
T. 8S., R. 2W., SBM
Section 23, Lots 4 and 5, S½SW¼, SE¼;
(J) Lands with respect to the Rincon Band:
T. 10S., R. 1W., SBM
Section 28, SE¼, E½SW¼;
Section 33, N½NE¼;
(K) Lands with respect to the Soboba Band:
T. 4S., R. 1E., SBM
Section 20, SE¼SW¼;
Section 33, S½;
Section 34, W½NE¼, W½, W½SE¼, SE¼SE¼.

**SEC. 703. EXISTING RIGHTS PRESERVED; RIGHT OF CERTAIN CURRENT LESSEES TO PURCHASE; MISCELLANEOUS PROVISIONS.**

(a) EXISTING RIGHTS PRESERVED.—The declarations contained in section 702 shall not affect—
 (1) any right or interest of any person in any land described in such section under any legal right-of-way, mining claim, or grazing permit in effect on the day before the date of the enactment of this Act, or
 (2) any other right, title, or interest which such person may have in such land on such day.

(b) RIGHT OF HOLDER OF GRAZING PERMIT TO PURCHASE LANDS.—
 (1) IN GENERAL.—Any person who holds a valid grazing permit and lease (as such term is defined in section 103(p) of the Federal Land Policy and Management Act of 1976) with respect to any land described in section 702 shall have the right to purchase such land before the end of the 1-year period beginning on the date of the enactment of this title for the fair market value of such land (determined as of the date of purchase) on such terms and conditions as the Secretary of the Interior may prescribe. The declarations in section 602 relating to the trust and reservation status of such land shall take effect subject to the right of purchase established under this paragraph.
 (2) NOTICE BY SECRETARY REQUIRED.—Before the end of the 30-day period beginning on the date of the enactment of this Act, the Secretary of the Interior shall notify each person referred to in paragraph (1) of the right of purchase established under such paragraph.
 (3) PROCEEDS OF SALE TO BE HELD IN TRUST FOR INDIANS.—In the case of any sale of land under paragraph (1), the proceeds of such sale shall be held in trust by the Secretary of the Interior for the benefit of the band or group of Mission Indians for whose benefit such land is held after the date of the enactment of this Act and before such sale. The net income on the amount held in trust by such Secretary shall be available for use or obligation by such band or group in such manner and for such purposes as the Secretary may approve.

(c) PROCEEDS FROM RENTS AND ROYALTIES TRANSFERRED TO INDIANS.—Amounts which accrue to the United States after the date of the enactment of this Act from sales, bonuses, royalties, and rentals relating to any land described in section 602 shall be avail-

able for use or obligation, in such manner and for such purposes as the Secretary may approve, by the band or group of Mission Indians for whose benefit such land is held after the date of the enactment of this Act.

(d) ADDITIONS TO RESERVATIONS SUBJECT TO LAWS GOVERNING EXISTING RESERVATIONS.—Any lands which are held in trust for the benefit of any band or group of Indians pursuant to this title shall be subject to the laws of the United States relating to Indian land in the same manner and to the same extent as the lands comprising the reservation of such group or band on the day before the date of the enactment of this Act.

Approved November 1, 1988.

LEGISLATIVE HISTORY—H.R. 2677:

HOUSE REPORTS: No. 100-453 (Comm. on Interior and Insular Affairs).
SENATE REPORTS: No. 100-577 (Select Comm. on Indian Affairs).
CONGRESSIONAL RECORD:
    Vol. 133 (1987): Dec. 7, considered and passed House.
    Vol. 134 (1988): Sept. 30, considered and passed Senate, amended.
               Oct. 6, House concurred in Senate amendment.

○