**Plaintiff's Exhibit 21**

*Jessie*



# United States Department of the Interior

OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

OCT 3 0 1973

Dear Ms. Beresford:

This is with reference to the dispute between the Mesa Grande Band of Mission Indians and the Santa Ysabel Band of Indians regarding ownership of reservation lands in California.

As a result of certain claims initiated by representatives of the Mesa Grande Band, it has been decided that hearings should be held to afford both groups an opportunity to present facts concerning the historic relationship of the Mesa Grande and Santa Ysabel Bands of Mission Indians and their respective use and occupancy of the tracts in question. A copy of the enclosed memorandum dated October 3, 1973 from the Assistant to the Secretary for Indian Affairs to the Director, Office of Hearings and Appeals, sets out more fully the purposes of the hearing. It should be emphasized that the intent of the hearing is to establish a factual record upon which the Secretary of the Interior may make a determination to resolve the dispute. William Hammett, Administrative Law Judge, Indian Probate Hearings Branch, Sacramento, California, has been assigned by the Chief Administrative Law Judge to conduct the hearing which will be held in the City of San Diego beginning on November 27. The time and place will be selected shortly. You naturally will want to prepare testimony, present witnesses and provide other data pertinent to your case.

Mr. William E. Finale, Area Director, Sacramento Area, Bureau of Indian Affairs, 2800 Cottage Way, Sacramento, California 95825, is requested to coordinate all activities relevant to the hearing. You may address future inquiries to him.

Sincerely,

*[signature]*

Deputy Assistant Secretary of the Interior

Ms. Bessee Beresford, Spokeswoman
Mesa Grande Tribe
210½ West 13th Avenue
Escondido, California 92059

Enclosure