IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Mesa Grande Band of Mission Indians**, <br><br> Plaintiff, <br><br> v. <br><br> **United States**, <br><br> Defendant. | Case No. 14-1051 L <br><br> Judge Charles F. Lettow |

**JOINT STIPULATION OF DISMISSAL**

The Parties, Plaintiff Mesa Grande Band of Mission Indians and Defendant United States of America, in accordance with Rule 41(1)(A)(ii), respectfully submit this Joint Stipulaton of Dismissal. The Parties have amicably reached, executed, and satisfied a settlement in the above captioned case.

Date: November 14, 2017

           Respectfully submitted,

           Jeffrey H. Woods
           Acting Assistant Attorney General

           *s/ Jody H. Schwarz*
           Jody H. Schwarz
           (DC Bar No. 493998)
           Trial Attorney
           Natural Resources Section

Environment & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0245
Fax: (202) 305-0506
jody.schwarz@usdoj.gov

*Attorney for the United States*

/s/ Kevin J. Allis
Kevin J. Allis
(DC Bar No. 986128)
Thunderbird Strategic LLC
601 Pennsylvania Avenue, NW, 9th Fl.
Washington, DC 20004
Tel: (202) 434-8298
kevin@tbirdstrategic.com

*Attorney for Mesa Grande Band of Mission Indians*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I filed the above pleading with the Court's CM/ECF system, which will send notice of such filing to all parties.

/s/ Kevin J. Allis
Kevin J. Allis